**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ALFRED PITTMAN, | No. 1:26-cv-03294 JLT SAB (PC) |
| Plaintiff, | ORDER ADOPTING FINDINGS §AND RECOMMENDATIONS, DENYING APPLICATION TO PROCEED IN FORMA PAUPERIS, AND DIRECTING PLAINTIFF TO PAY $405 FILING FEE WITHIN TWENTY-ONE DAYS |
| v. | |
| JEFFREY MACOMBER, et al., | |
| Defendants. | |
| | (Docs. 6, 10) |

Plaintiff is proceeding pro se in this action filed pursuant to 42 U.S.C. § 1983. On June 1, 2026, Plaintiff filed a motion to proceed *in forma pauperis*. (Doc. 6.)

On June 2, 2026, the assigned magistrate judge issued findings and recommendations that Plaintiff's application to proceed *in forma pauperis* be denied and that Plaintiff be required to pay the $405.00 filing fee in full to proceed with this case because he can afford the costs of this action. (Doc. 10.) The Court served the findings and recommendations on Plaintiff and notified him that any objections were to be filed within 14 days. (*Id.* at 3.) Plaintiff was also warned that failure to file objections within the specified time may result in the waiver of the right to challenge the magistrate's factual findings on appeal. (*Id.*, *citing Wilkerson v. Wheeler*, 772 F.3d 834, 838–39 (9th Cir. 2014).) No objections have been filed, and the deadline to do so has expired.

1

According to 28 U.S.C. § 636 (b)(1)(C), this Court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, the Court concludes the findings and recommendations are supported by the record and proper analysis. Thus, the Court **ORDERS**:

1. The findings and recommendations issued on June 2, 2026, (Doc. 10), are **ADOPTED** in full.

2. Plaintiff's application to proceed *in forma pauperis*, (Doc. 6), is **DENIED**.

3. Within **twenty-one (21) days** following the date of service of this order, Plaintiff shall pay the $405.00 filing fee in full to proceed with this action.

4. **If Plaintiff fails to pay the filing fee within the specified time, this action will be dismissed without further notice.**

IT IS SO ORDERED.

Dated:   **June 28, 2026**

UNITED STATES DISTRICT JUDGE